AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
| DUSTIN RAMBO | ) Case No. 3:21-MJ-006-RP |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 10, 2020 - January 26, 2021 in the county of Prentiss in the Northern District of Mississippi, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 242 | Deprivation of Rights Under Color of Law - unreasonable search and seizure/taking of property without due process of law (misdemeanor, 4 counts) |
| 18 U.S.C. 242 | Deprivation of Rights Under Color of Law - privacy/bodily integrity (felony, 1 count) |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

John Quaka, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.
Attested to me by the applicant by telephone.
Date: March 8, 2021

_Judge's signature_

City and state: Oxford, Mississippi

Roy D. Percy, United States Magistrate Judge
_Printed name and title_