# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 3:21MJ006-RP**          **LOCATION HELD: OXFORD**

**UNITED STATES OF AMERICA V. DUSTIN RAMBO**

**DATE & TIME BEGUN:** 03/12/21 @    3:18 p.m.
**DATE & TIME ENDED:** 03/12/21 @    3:36 p.m.

**TOTAL TIME:**   18 minutes

**PRESENT:**
**HONORABLE ROY PERCY, U. S. MAGISTRATE JUDGE**

| Rebekah Capps | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**      **ATTORNEY(S) FOR DEFENDANT(S)):**

   Julie Addison

**PROCEEDINGS: Initial appearance on Criminal Complaint**

**ENTRY TO BE MADE ON DOCKET:**
Hearing held. Defendant sworn to financial status on the record. Court appointed Federal Public Defender as counsel for defendant. Court set bond at $5,000.00 unsecured. Order Setting Conditions of Release entered. Preliminary examination set for Tuesday, March 23, 2021 at 11:00 a.m. before Magistrate Judge Roy Percy in Oxford, MS. The AUSA requested redaction of victim identifying information in the affidavit. The court granted that request.

**DAVID CREWS, CLERK**

/s/ Rebekah Capps
Courtroom Deputy